IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 25-cv-03164-CNS-SBP

JACOB HIRNING,

               Plaintiff,

v.

HANS INVESTMENTS LLC and
PARKER RD. HOOTERS, INC.,

               Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Defendant Parker Rd. Hooters, Inc. ("Hooters"), Defendant Hans Investments, LLC ("Hans") and Plaintiff Jacob Hirning ("Plaintiff"), through their respective undersigned counsel, hereby stipulate and agree as follows:

1. All claims pled or which could have been pled by Plaintiff against Hooters and Hans shall be dismissed with prejudice, with no award of attorney fees or costs to Plaintiff, Hooters, or Hans

2. All claims pled or which could have been pled by Hans against Hooters shall be dismissed with prejudice, with no award of attorney fees or costs to Hans or Hooters.

3. An order of dismissal of the above claims with prejudice may enter without further notice by or to any of the parties.  A proposed order of dismissal is attached.

Respectfully submitted this 26th day of January 2026.

The Hustead Law Firm
*A Professional Corporation*

*The Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*/s/ Aaron M. Bell*
Patrick Q. Hustead, Esq.
Aaron M. Bell, Esq.
Jason J. Patel, Esq.
The Hustead Law Firm, *A Professional Corporation*
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Ph. (303) 721-5000
pqh@thlf.com
amb@thlf.com
jjp@thlf.com
*Attorneys for Defendant Parker Rd. Hooters, Inc.*

*/s/ Douglas Schapiro*
Douglas S. Schapiro, Esq.
Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, Florida 33433
schapiro@schapirolawgroup.com
*Attorneys for Plaintiff*

*/s/ Andrew Miller*
Ryan Hull, Esq.
Andrew Miller, Esq.
Sweetbaum Miller PC
1200 17th Street, Suite 1250
Denver, Colorado 80202
rhull@sweetbaumlaw.com
*Attorneys for Hans Investments LLC*

2